# Court of Appeals
# of the State of Georgia

ATLANTA,____August 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2192. JERRY D. PARRIS v. THE STATE.**

In 2002, a jury convicted Jerry Parris of rape. We affirmed his conviction. *Parris v. State*, 258 Ga. App. 49 (572 SE2d 728) (2002). Parris later filed an extraordinary motion for a new trial and an amended extraordinary motion for a new trial, which the trial court denied by orders dated June 23 and 29, 2015. Parris then filed a notice of appeal to this Court. We lack jurisdiction.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Thus, Parris is not entitled to a direct appeal from the orders he challenges, and this direct appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____08/03/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.